AO 245B (CASDRev. 08/14) Judgment in a Petty Criminal Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For Offenses Committed On or After November 1, 1987) |

Jose Manuel Miranda-Alcantara

Case Number:    26-cr-02055-LR

Andrew Williams, CJA
Defendant's Attorney

**REGISTRATION NO.**    63603512

The Defendant:

☒ pleaded guilty to count(s)    1 of the Information

☐ was found guilty on count(s) _____
after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 8:1325 (a) (1) | Attempted Improper Entry by an Alien (Misdemeanor) | 1 |

The defendant is sentenced is provided on page 2 of this judgment

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)  Two of the Information    is   Dismissed without prejudice on the motion of the United States.

☒ Assessment : Pursuant to the motion of the United States under 18 USC 3573, the special assessment provided for under 18 USC 3013 is waived and remitted as uncollectible.

☒ No fine    ☐ Forfeiture pursuant to order filed                    , included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

**FILED**

JUN 0 2 2026

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

Tuesday, June 2, 2026
Date of Imposition of Sentence

HON. LUPE RODRIGUEZ, JR.
UNITED STATES MAGISTRATE JUDGE

26-cr-02055-LR

| | |
|---|---|
| DEFENDANT:     Jose Manuel Miranda-Alcantara | Judgment – Page 2 of 2 |
| CASE NUMBER:     26-cr-02055-LR | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

Time Served.

□   Sentence imposed pursuant to Title 8 USC Section 1326(b).

□   The court makes the following recommendations to the Bureau of Prisons:

□   The defendant is remanded to the custody of the United States Marshal.

□   The defendant shall surrender to the United States Marshal for this district:

     □   at _____ A.M.     on _____

     □   as notified by the United States Marshal.

□   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     □   on or before

     □   as notified by the United States Marshal.

     □   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

_____

By _____     DEPUTY UNITED STATES MARSHAL

26-cr-02055-LR